```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Hartford Accident and
Indemnity Company

    v.                            Civil No. 12-cv-00152-JL

Home Brand, Inc., et al.


## ORDER AFTER DISCOVERY TELEPHONE CONFERENCE

After the discovery telephone conference held January 4, 2013, the following amended discovery schedule is approved:

- Mandatory Rule 26(a)(1) disclosures - **February 1, 2013**
- Completion of fact discovery - **July 5, 2013**
- Plaintiff's expert disclosure - **July 19, 2013**
- Defendant's expert disclosure - **August 16, 2013**
- Expert deposition deadline - **September 27, 2013**
- Joinder of additional parties:
    - Plaintiff - **May 3, 2013**
    - Defendants - **May 31, 2013**
- Third-party actions - **May 31, 2013**
- DeBenedetto disclosures - **March 29, 2013**
- Amendment of pleadings:
    - Plaintiff - **March 1, 2013**
    - Defendants - **March 29, 2013**
- Motions for summary judgment - **November 29, 2013**
- Jury Trial - **April 2014**

**Summary Judgment.**  The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**Discovery disputes.**  Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course.  No motion to compel is necessary.  The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court.  The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible.  If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge.  Such referral requests will normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED.**

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Dated: January 9, 2013

cc:  Dana M. Horton, Esq.
     Danielle Andrews Long, Esq.
     Michael S. Kinson, Esq.
     Keebaugh & Sons, pro se
     Gary Keebaugh, pro se