UNITED STATES DISTRICT COURT
for the
District of New Hampshire

Civil Action No. 12-CV-152-JL

HARTFORD ACCIDENT AND INDEMNITY )
COMPANY a/s/o MARK & JENNIFER SALVUCCI, )
        Plaintiff )
 )
v. )
 )
HOME BRANDS, INC., et als, )
        Defendants )

DISCOVERY ORDER

After allowing Defendant's Motion to Extend, the following amended discovery schedule is approved:

- Mandatory Rule 26(a)(1) disclosures - **February 1, 2013**
- Completion of fact discovery - **September 5, 2013**
- Plaintiff's expert disclosure - **September 19, 2013**
- Defendant's expert disclosure - **October 16, 2013**
- Expert deposition deadline - **November 27, 2013**
- Joinder of additional parties:
- Plaintiff - **July 3, 2013**
- Defendants - **July 31, 2013**
- Third-party actions - **July 31, 2013**
- DeBenedetto disclosures - **May 29, 2013**
- Amendment of pleadings:
- Plaintiff - **May 1, 2013**
- Defendants - **May 29, 2013**
- Motions for summary judgment - **January 15, 2014**
- Jury Trial - **June 2014**
- Expert challenges - April 1, 2014

**Summary Judgment.** The parties and counsel are advised that compliance with Rule 56(e) and Local Rule 7.2(b), regarding evidentiary support for factual assertions, and specification and delineation of material issues of disputed fact, will be required.

**Discovery disputes.** Discovery disputes will be handled by the undersigned judge, as opposed to the Magistrate Judge, in the normal course. No motion to compel is necessary. The party or counsel seeking discovery-related relief should confer with adverse counsel to choose mutually available dates, and then contact the Deputy Clerk to schedule a conference call with the court. The court will inform counsel and parties what written materials, if any, should be submitted in advance of the conference call.

Customary motions to compel discovery, while disfavored by the undersigned judge, are nonetheless permissible. If counsel prefer traditional discovery litigation to the conference call procedure set forth above, any such motion to compel should expressly request, in the title of the motion, a referral to the United States Magistrate Judge. Such referral requests will normally be granted. If the Magistrate Judge is recused, alternate arrangements will be made.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: 5/21/13

cc: Dana M. Horton, Esq.
    Danielle Andrews Long, Esq.
    Michael S. Kinson, Esq.
    Keebaugh & Sons, pro se
    Gary Keebaugh, pro se